```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/13/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
TRIVIDIA HEALTH, INC.,

                           Petitioner,

           -against-                    20-cv-8450 (VEC)

NIPRO CORPORATION,                  ORDER

                           Respondent.
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on October 9, 2020, Petitioner filed its petition in this action (Dkt. 1);

       WHEREAS on April 23, 2021, the Court granted Petitioner's motion for alternative service on Respondent (Dkt. 15);

       WHEREAS on May 6, 2021, Petitioner filed a declaration attesting that on April 26, 2021, Petitioner served Respondent in accordance with this Court's April 23, 2021 Order (Dkt. 16); and

       WHEREAS on May 12, 2021, Respondent filed a response in opposition to the petition to confirm a non-domestic arbitral award (Dkt. 19);

       IT IS HEREBY ORDERED that Petitioner may reply in further support of its petition no later than **May 27, 2021**.

**SO ORDERED.**

**Date: May 13, 2021**
**New York, NY**

                                                                     **VALERIE CAPRONI**
                                                                   **United States District Judge**