UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRIVIDIA HEALTH, INC.,

                Petitioner,                20 **CIVIL** 8450 (VEC)

    -against-                    **JUDGMENT**

NIPRO CORPORATION,

                Respondent.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 10, 2021, an arbitral award should only be vacated in exceptional circumstances, and this is not one of them. For the foregoing reasons, Trividia's petition to confirm the non-domestic arbitration award is GRANTED, and the arbitration award is confirmed; accordingly, the case is closed**.**

**Dated**: New York, New York
        December 13, 2021

                                        **RUBY J. KRAJICK**
                                            **Clerk of Court**
               **BY**:
                                            **Deputy Clerk**