USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __5/16/22__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRIVIDIA HEALTH, INC.,

      Petitioner,                                    CASE NO: 20-cv-08450-VEC

v.

NIPRO CORPORATION,

      Respondent.

_____

### [PROPOSED] ORDER GRANTING PETITIONER'S MOTION FOR TURNOVER ORDER AND INCORPORATED MEMORANDUM OF LAW

THIS CAUSE came before the Court upon the Petitioner's Motion for Turnover Order ("Motion"), filed on April 12, 2022. The Court, having considered the Motion, reviewed all submissions of the parties, and determined that the requirements of N.Y. C.P.L.R. § 5225(a) are met, and otherwise being fully advised in the premises, the Court ORDERS as follows:

    1. The Motion is hereby GRANTED.

    2. The Respondent is directed to turn over all its stock certificates in Nipro Holding Americas to the U.S. Marshall's Office.

    3. In the event such certificates are missing or unavailable, the Respondent is directed to execute and deliver to the U.S. Marshall's Office replacement stock certificates, a lost stock affidavit, or any other instrument necessary to effectuate delivery of the stock certificates in Nipro Holding Americas, Inc.

    4. The Respondent is directed to execute and deliver to the U.S. Marshall's Office all documents necessary to effectuate the turnover of the stock certificates in Nipro Holding Americas, Inc.

It is so ordered, this 16th day of ~~April,~~ May 2022

_____
THE HONORABLE VALERIE E. CAPRONI
UNITED STATES DISTRICT COURT JUDGE