UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   5/16/22
```

TRIVIDIA HEALTH, INC.,

    Petitioner,

CASE NO: 20-cv-08450-VEC

v.

NIPRO CORPORATION,

    Respondent.

_____

### [PROPOSED] ORDER GRANTING PETITIONER'S MOTION FOR ORDER TO SHOW CAUSE AND INCORPORATED MEMORANDUM OF LAW

THIS CAUSE came before the Court upon the Petitioner's Motion for Order to Show Cause ("Motion"), filed on April 12, 2022. The Court, having considered the Motion, reviewed all submissions of the parties, and determined that the requirements of N.Y. C.P.L.R. § 5228 are met, and otherwise being fully advised in the premises, the Court ORDERS as follows:

    1. The Motion is hereby GRANTED.

    2. The Respondent shall have twenty (20) days from the date of this Order to show cause why a receiver should not be appointed to conduct a public sale (or conduct other methods of liquidation) of the stock of Nipro Holding Americas, Inc. giving the first $21,668,302.30 of the proceeds to Petitioner, followed by a payment to a receiver for their fees and expenses, with any remaining proceeds to be remitted back to Respondent.

    3. If twenty (20) days elapses and the Respondent fails to respond to this Order, Petitioner may immediately request the appointment of a receiver.

    4. The Petitioner's request for the appointment of a receiver shall include the list of at least three persons who are qualified to serve in this role along with a description of each person's education, experience, and skill level.

It is so ordered, this 16th day of ~~April~~ May, 2022

_____
THE HONORABLE VALERIE E. CAPRONI
UNITED STATES DISTRICT COURT JUDGE